## No. 6762.

### B. HEYMAN ET AL. VS. P. BERNSTEIN ET ALS.

An administrator who files his final account, has it homologated, and permits the heirs to be sent into possession, without causing his own claim against the succession to be paid or requiring security from the heirs, cannot reopen the succession for the purpose of enforcing his claim and the privilege he once had for its payment. His claim is reduced to the rank of an ordinary debt against the heirs, and he cannot interfere with a partition they are making of the property with a view to enforce his claim against it.

APPEAL from the Second District Court of New Orleans. TISSOT, J.

*M'Caleb* for Plaintiffs. *McGloin & Nixon* for Defendants Appellants.

MARR, J., delivered the opinion affirming the judgment.